IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 2:14 pm, Nov 04, 2019

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 519-cr-3 |
| CHRISTOPHER EDWARD MARX, | |
| Defendant. | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED**, this 4 day of November, 2019.

_____
LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA